FREDERICK W. SANDER, Appellant, *v.* THE NEW YORK AND HARLEM RAILROAD COMPANY and THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY. Respondents.

*A reversal " without costs " means costs of the appeal only.*

Where a judgment in favor of a plaintiff is appealed from by both parties and the judgment is reversed and a new trial ordered, "without costs," such direction refers merely to the costs of the appeal. If the plaintiff succeeds on the second trial of the action he is entitled to all the costs of the action, including the costs of the first trial, except those excluded by the decision on the appeal.

APPEAL by the plaintiff, Frederick W. Sander, from an order of the Supreme Court, made at the New York Special Term and entered in the office of the clerk of the county of New York on the 28th day of November, 1900, denying the plaintiff's motion for a retaxation of costs.

*L. M. Berkeley*, for the appellant.

*Charles C. Paulding*, for the respondents.

PER CURIAM:

This is an appeal from an order denying a motion for a retaxation of the plaintiff's bill of costs. The plaintiff recovered a judgment against the defendants on a second trial of the action. On the first trial the plaintiff recovered judgment, but both parties appealed, and that judgment was reversed and a new trial ordered, "without costs." (*Sander* v. *New York & Harlem R. R. Co.*, 42 App. Div. 618.) That meant, merely, without costs of the appeal. On the second trial the plaintiff, having again succeeded, was entitled to all the costs of the action, except those excluded by the decision of the Appellate Division. That rule was recognized in *House* v. *Lockwood* (48 Hun, 550). The order must be reversed, but it does not necessarily follow therefrom that every item of the bill of costs taxed on the first trial should be allowed. The order appealed from is reversed, with ten dollars costs and disbursements, the motion for a retaxation of costs is granted and the bill of costs sent back to the clerk for retaxation, with ten dollars costs to the appellant.

Present — VAN BRUNT, P. J., RUMSEY, INGRAHAM and HATCH, JJ.

Order reversed, with ten dollars costs and disbursements, motion for retaxation of costs granted and bill of costs sent back to the clerk for retaxation, with ten dollars costs to appellant.